# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | Case: 1:24-mj-00258<br>Assigned to: Judge Faruqui, Zia M.<br>Assign Date: 8/16/2024<br>Description: COMPLAINT W/ ARREST WARRANT |
| v. | **UNDER SEAL** |
| **TRAYON WHITE, SR.,** |  |
| Defendant. |  |

## ORDER

This matter having come before the Court pursuant to the application of the United States to seal the Criminal Complaint, Affidavit in Support of the Complaint and affiliated documents in this matter, the Court finds that premature disclosure would have the potential to result in flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and serious jeopardy to the investigation.

1. **IT IS THEREFORE ORDERED** that the application is hereby **GRANTED**, and that the Criminal Complaint, Affidavit in Support of the Complaint and affiliated documents are sealed until the government advises the Clerk of the Court that there is no longer a basis for sealing.

2. **IT IS FURTHER ORDERED** that the Clerk's office shall not make any entry on the public docket of the Warrant until further order of the Court.

Date: _____

_____
UNITED STATES MAGISTRATE JUDGE

cc:   Joshua S. Rothstein
      Rebecca G. Ross
      John D. Crabb Jr.
      Assistant United States Attorneys
      United States Attorney's Office
      601 D Street, N.W.
      Washington, D.C. 20530