AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

F I D
11706679

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case: 1:24-mj-00258 |
| | ) | Assigned to: Judge Faruqui, Zia M. |
| TRAYON WHITE, SR. | ) | Assign Date: 8/16/2024 |
| | ) | Description: COMPLAINT W/ ARREST WARRANT |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    TRAYON WHITE, SR.
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 201(b)(2)     Bribery

Zia M. Faruqui
2024.08.16
14:36:48 -04'00'

*Issuing officer's signature*

Date:     08/16/2024

City and state:   Washington, D.C.                          Zia M. Faruqui, U.S. Magistrate Judge
                                                             *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 8/16/24 , and the person was arrested on *(date)* 8/18/24 at *(city and state)* Washington, DC |
| Date:  8/19/24 |
| *Arresting officer's signature* |
| luke Brout, special Agent |
| *Printed name and title* |